## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 17-20883-GLT** |
| Patrick  Shearer, | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **Related to Doc. No. 33, 34** |
| Patrick  Shearer, | : | |
| Movant | : | **Concil. Conf.:** |
| | : | **June 27, 20109 at 11:30 AM** |
| v. | : | |
| | : | |
| Lakeview Loan Servicing, LLC, | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF ORDER DATED MAY 10, 2019 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED MAY 9, 2019

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated May 10, 2019 Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated May 9, 2019 on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: May 14, 2019

By:      /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class
Mail**

Patrick Shearer
2530 Grandview Avenue
Ambridge PA 15003

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Embrace Home Loans
5016 Parkway Plaza Blvd
SUite 200
Charlotte, NC 28217

Embrace Home Loans
PO Box 37628
Philadelphia, PA 19101

Phelan Hallinan Diamond
& Jones LLP.
1617 JFK Boulevard, Suite
1400
Philadelphia, PA 19103