**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:  Case No. 17-20883-GLT
Chapter 13

Patrick Shearer

Debtor(s).

**NOTICE OF APPEARANCE**

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Daniel P. Jones, Esquire
Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of April, 2021, to the following:

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Patrick Shearer
2530 Grandview Avenue
Ambridge, PA 15003
*Debtor(s)*

                                                            By:     */s/Daniel P. Jones, Esquire*