Case 17-20883-GLT    Doc 57    Filed 06/16/22    Entered 06/16/22 10:37:39    Desc Main
Document    Page 1 of 1

FILED
6/16/22 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-20883-GLT |
| | : | Chapter: | 13 |
| Patrick Shearer | : | | |
| | : | | |
| | : | Date: | 6/15/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 54 Motion to Dismiss Case filed by the ch. 13 trustee
    # 56 - Response filed by the Debtor

**APPEARANCES:**
    Debtor:   T. Corey Zutz
    Trustee:   Owen Katz

**NOTES:** [10:08 a.m.]

Katz: We have received payment. $294 is required to complete the case.

Zutz: The Debtor either has remitted that amount or will do so shortly.

Court: I will provide a short continuance to ensure that payment posts to the trustee's website.

**OUTCOME:**

1. The *Motion to Dismiss Case filed by the ch. 13 trustee* [Dkt. No. 54] is CONTINUED to July 27, 2022 at 9 a.m. [Text Order].

**DATED:** 6/15/2022