FILED
8/25/22 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 17-20883-GLT |
| | : | Chapter: 13 |
| Patrick Shearer | : | |
| | : | |
| | : | Date: 8/24/2022 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**  # 54 Con't Motion to Dismiss Case filed by the Ch.13 Trustee
# 56 - Response filed by the Debtor

**APPEARANCES**:
Debtor: T. Corey Zutz
Trustee: James Warmbrodt

**NOTES:** [9:00 a.m.]

Warmbrodt: There has been no change in this case. We still need $294 to complete this case.

Zutz: Debtor has indicated that there was a personal check sent to the trustee in June and July.

Court: So you are indicating that there have been two separate payments made?

Zutz: I believe that is correct. I think I misread my notes.

Warmbrodt: We have not received either of the payments indicated by the Debtor. The last payment we received was via money order on May 6, 2022.

Court: Why has the Debtor sent payment to the trustee via a different method than throughout this case? If the Debtor has previously made payments with money order, why would the Debtor change course?

Zutz: I have no explanation unfortunately.

Court: This was continued twice, yet no payments have been received. I have no other choice than to grant the motion to dismiss based on the prejudice suffered by creditors. I will, however, entertain a motion to reconsider if the Debtor's payment posts within 14 days.

**OUTCOME:**

1. The *Con't Motion to Dismiss Case filed by the Ch.13 Trustee* [Dkt. No. 54] is GRANTED without prejudice. [HT to enter system order dismissing case].

**DATED:** 8/24/2022