**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 17-20883-GLT** |
| **Patrick Shearer,** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | Related to Doc. No. 64, 67 |
| **Patrick Shearer,** | : | |
| Movant | : | Hearing Date and Time: |
| | : | October 12, 2022 at 1:30 PM |
| v. | : | |
| | : | |
| **Community Loan** | : | |
| **Servicing LLC, et al** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE MOTION TO RECONSIDER DISMISSAL OF CASE AND ORDER
SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION**

I, the undersigned, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the the above captioned pleading, Motion to Reconsider Dismissal of Case, and the Order Scheduling Date for Response and Hearing on Motion, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail, facsimile, hand delivered or electronic notification where notated.

Executed on: September 1, 2022

By:   s/ Sharla R. Munroe
Sharla R. Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606

MATRIX

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail

Patrick Shearer
2530 Grandview Avenue
Ambridge PA 15003

Community Loan Servicing. LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables FL 33146-0000

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Embrace Home Loans
5016 Parkway Plaza Blvd
SUite 200
Charlotte, NC 28217

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

Phelan Hallinan Diamond & Jones LLP.
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops of Valley Square
Warrington, PA 18976