**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 17-20883-GLT** |
| **Patrick Shearer,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **Related to Doc. No. 64, 67** |
| **Patrick Shearer,** | : | |
| **Movant** | : | **Hearing Date and Time:** |
| | : | **October 12, 2022 at 1:30 PM** |
| **v.** | : | |
| | : | **Responses Due: September 19, 2022** |
| **Community Loan** | : | |
| **Servicing LLC, et al** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO RECONSIDER DISMISSAL OF CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal of Case, filed on August 25, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 19, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 20, 2022              By: /s/ Paul W. McElrath
                                           Paul W. McElrath, Esquire
                                           Attorney for Debtor/Movant
                                           PA I.D. #86220
                                           1641 Saw Mill Run Blvd.
                                           Pittsburgh, PA 15210
                                           (412) 765-3606