IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Patrick Shearer ) | Case No.: 17-20883 GLT |
| ) | |
| Debtor ) | Chapter 13 |
| _____ ____) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| Movant, ) | Related Document No. 73 |
| Vs. ) | |
| No Respondents. ) | |

TRUSTEE'S WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Motion that was filed in the above-referenced case on October 25, 2022

(document no. 73) is hereby WITHDRAWN.

Respectfully submitted,

10-26-2022                          /s/ Ronda J. Winnecour
date                                Ronda J. Winnecour (PA I.D. #30399)
                                    Attorney and Chapter 13 Trustee
                                    U.S. Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Patrick Shearer | ) | Case No.: 17-20883 GLT |
| | ) | |
| Debtor | ) | Chapter 13 |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 73 |
| Vs. | ) | |
| No Respondents. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

SEE NAMES AND ADDRESSES LISTED BELOW:

Patrick Shearer
2530 Grandview Avenue
Ambridge, PA 15003

McElrath Legal Holdings LLC
Paul W McElrath Jr. ESQ
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

10-26-2022
date

/S/ Christie L. Klein
Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com