Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick Shearer** | : | Case No. 17−20883−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| v. | : | Related to Document No. 75 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/11/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 26th of October, 2022*, a *Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge)* (the "Motion") having been filed at Doc. No. 75 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

     (1) **On or before December 12, 2022**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2) This Motion is scheduled for hearing on ***January 11, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20883-GLT |
| Patrick Shearer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Shearer, 2530 Grandview Avenue, Ambridge, PA 15003-1435 |
| 14377388 | + | Embrace Home Loans, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14377387 | + | Embrace Home Loans, 5016 Parkway Plaza Blvd, SUite 200, Charlotte, NC 28217-1930 |
| 14377390 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14664922 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15463456 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2022 23:48:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14377386 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 23:47:10 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14377389 | + | Email/Text: Eden@NewAllianceFCU.com | Oct 26 2022 23:49:00 | New Alliance Fcu, 835 Merchant St, Ambridge, PA 15003-2398 |
| 14379634 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Embrace Home Loans, Inc. |
| cr | | Lakeview Loan Servicing, LLC |
| 14853077 | | LoanCare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14392405 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14392407 | *+ | Embrace Home Loans, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14392406 | *+ | Embrace Home Loans, 5016 Parkway Plaza Blvd, SUite 200, Charlotte, NC 28217-1930 |
| 14392408 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 9

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
  on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor Embrace Home Loans  Inc. bnicholas@kmllawgroup.com

Daniel Philip Jones
  on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

James A. Prostko
  on behalf of Creditor Lakeview Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
  on behalf of Debtor Patrick Shearer ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Thomas Song
  on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 8