FILED
10/26/22 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 17-20883-GLT |
| **PATRICK SHEARER,** : | Chapter 13 |
| : | |
| *Debtor.* : | |
| : | |
| **RONDA J. WINNECOUR, Chapter 13 Trustee,** : | Related to Dkt. No. 72 |
| : | |
| *Movant,* : | |
| : | |
| v. : | |
| : | |
| **PATRICK SHEARER,** : | |
| : | |
| *Respondent.* : | |

### ORDER TO SHOW CAUSE REGARDING WHY DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY SHOULD NOT BE STRICKEN

This matter is before the Court upon the Debtor's filing of *Certification of Discharge Eligibility* [Dkt. No. 72] ("Certification"). The Debtor has filed his Certification certifying he is eligible to receive a discharge. The Debtor previously filed a chapter 7 petition, at case number 15-23697 and he received a discharge on January 13, 2016.

**WHEREAS**, section 1328(f) dictates that the Court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if a debtor has received a discharge in a case filed under chapter 7, 11 or 12 of this title during the four-year period preceding the date of the order for relief under this chapter.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtor and Counsel for Debtor to appear at a hearing scheduled on **January 11, 2023** at **11 A.M.** before Judge Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, 15219.

2. Any response to this *Order to Show Cause* shall be filed with the Clerk of Court on or before **December 12, 2022**.

3. Movant shall not charge any fees or expenses related to this *Order to Show Cause* to the Debtor's estate.

Dated: October 26, 2022

GREGORY L. TADDONI jah
UNITED STATES BANKRUPTCY JUDGE

Court Administrator to Serve:
Debtor
Debtor's Counsel
Ronda J. Winnecour, Esq. Ch. 13 Trustee
United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patrick Shearer  
    Debtor

Case No. 17-20883-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Oct 26, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patrick Shearer, 2530 Grandview Avenue, Ambridge, PA 15003-1435 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Embrace Home Loans Inc. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James A. Prostko | on behalf of Creditor Lakeview Loan Servicing LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Patrick Shearer ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 8