**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **PATRICK SHEARER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **17-20883GLT** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** COMMUNITY LOAN SERVICING LLC SVCNG

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 4 2

**Property Address:** 2530 GRANDVIEW AVE
AMBRIDGE PA 15003

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---:|
| a. Allowed prepetition arrearage: | (a) $ | 7,930.84 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 7,930.84 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 7,930.84 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment                                         $   $529.23
   The next postpetition payment is due on   6 / 1 / 2022
                                              MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **PATRICK SHEARER** | Case number *(if known)* | **17-20883GLT** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | /s/ Ronda J. Winnecour | Date | 11/01/2022 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | PATRICK SHEARER | Case number *(if known)* | 17-20883GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/24/2019 | 1136441 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 72.94 |
| 11/25/2019 | 1139908 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 220.86 |
| 12/23/2019 | 1143290 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 243.59 |
| 01/28/2020 | 1146751 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 243.59 |
| 02/25/2020 | 1150272 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 245.38 |
| 03/23/2020 | 1153755 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 245.38 |
| 04/27/2020 | 1157215 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 245.38 |
| 05/26/2020 | 1160554 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 321.81 |
| 06/26/2020 | 1163687 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 287.69 |
| 07/29/2020 | 1166814 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 287.69 |
| 08/25/2020 | 1169888 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 287.69 |
| 09/28/2020 | 1172976 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 287.69 |
| 10/26/2020 | 1176065 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 287.69 |
| 11/24/2020 | 1179143 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 300.26 |
| 12/21/2020 | 1182098 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 300.26 |
| 02/22/2021 | 1188178 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 600.52 |
| 03/26/2021 | 1191462 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 300.26 |
| 04/26/2021 | 1194725 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 300.26 |
| 05/25/2021 | 1197863 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 310.10 |
| 06/25/2021 | 1201041 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 310.10 |
| 01/26/2022 | 1222740 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 385.56 |
| 05/25/2022 | 1233691 | COMMUNITY LOAN SERVICING LLC SVCN( | AMOUNTS DISBURSED TO CREDITOR | 684.28 |
| 06/27/2022 | 1236715 | COMMUNITY LOAN SERVICING LLC SVCN( | AMOUNTS DISBURSED TO CREDITOR | 871.96 |
| 10/25/2022 | 1248358 | COMMUNITY LOAN SERVICING LLC SVCN( | AMOUNTS DISBURSED TO CREDITOR | 289.90 |
| | | | | **7,930.84** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 08/25/2017 | 1050526 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 2,113.93 |
| 09/26/2017 | 1053850 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 634.60 |
| 10/25/2017 | 1057229 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 622.21 |
| 11/21/2017 | 1060529 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 607.84 |
| 12/21/2017 | 1063786 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 686.47 |
| 01/25/2018 | 1067192 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 680.39 |
| 02/23/2018 | 1070418 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 675.73 |
| 03/28/2018 | 1073589 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 672.21 |
| 04/24/2018 | 1076820 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 669.57 |
| 06/22/2018 | 1084003 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 667.30 |
| 07/26/2018 | 1087215 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 666.60 |
| 08/28/2018 | 1090428 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 665.99 |
| 09/25/2018 | 1093559 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 665.52 |
| 11/27/2018 | 1099946 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,322.95 |
| 02/25/2019 | 1109514 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,081.99 |
| 03/25/2019 | 1112804 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 660.99 |
| 04/26/2019 | 1116101 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,982.78 |
| 05/24/2019 | 1119500 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 660.82 |
| 06/25/2019 | 1122893 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 736.82 |
| 07/29/2019 | 1126334 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 831.87 |
| 08/27/2019 | 1129805 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 827.10 |
| 09/24/2019 | 1133117 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 10/24/2019 | 1136441 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 11/25/2019 | 1139908 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 12/23/2019 | 1143290 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 01/28/2020 | 1146751 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 02/25/2020 | 1150272 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 03/23/2020 | 1153755 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 04/27/2020 | 1157215 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 615.80 |
| 05/26/2020 | 1160554 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 06/26/2020 | 1163687 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 07/29/2020 | 1166814 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 08/25/2020 | 1169888 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 09/28/2020 | 1172976 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 10/26/2020 | 1176065 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 11/24/2020 | 1179143 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |

| Debtor 1 | **PATRICK SHEARER** | Case number *(if known)* | **17-20883GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 12/21/2020 | 1182098 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 01/25/2021 | 1185062 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 500.00 |
| 02/22/2021 | 1188178 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 578.74 |
| 03/26/2021 | 1191462 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 04/26/2021 | 1194725 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 539.37 |
| 05/25/2021 | 1197863 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 06/25/2021 | 1201041 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 07/26/2021 | 1204251 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 08/26/2021 | 1207374 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 09/24/2021 | 1210495 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 10/25/2021 | 1213572 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 11/22/2021 | 1216611 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 12/23/2021 | 1219668 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 01/26/2022 | 1222740 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 529.53 |
| 02/23/2022 | 1225634 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 514.17 |
| 05/25/2022 | 1233691 | COMMUNITY LOAN SERVICING LLC SVCN | AMOUNTS DISBURSED TO CREDITOR | 1,073.52 |
| | | | | 35,885.98 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PATRICK SHEARER
2530 GRANDVIEW AVENUE
AMBRIDGE, PA  15003

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

COMMUNITY LOAN SERVICING LLC SVCNG AGNT FOR LAKEVIEW LOAN SVCNG LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL  33146

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL  33146

STERN & EISENBERG LP
1581 MAIN ST STE 200
THE SHOPPES AT VALLEY SQUARE
WARRINGTON, PA  18976


11/1/22                                                          /s/ Roberta Saunier
                                                                 _____
                                                                 Administrative Assistant
                                                                 Office of the Chapter 13 Trustee