2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 17-20883-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Patrick Shearer
2530 Grandview Avenue
Ambridge PA 15003

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/15/2022.

Name and Address of Alleged Transferor(s):

Claim No. 1: Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC
P.O Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/18/22

Michael R. Rhodes

## CLERK OF THE COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20883-GLT

Patrick Shearer                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 15463456 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Nov 16 2022 23:56:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Embrace Home Loans  Inc. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James A. Prostko | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |

Office of the United States Trustee

District/off: 0315-2                        User: auto                                      Page 2 of 2
Date Rcvd: Nov 16, 2022                     Form ID: trc                                     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.

on behalf of Debtor Patrick Shearer ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 8