FILED
12/15/22 5:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-20883-GLT |
| Patrick Shearer, | : | Chapter 13 |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Patrick Shearer, | : | |
| Movant | : | Related to Docket No. 72 and 89 |
| vs. | : | Hearing Date & Time: |
| Ronda J. Winnecour, Esquire (Chapter 13 Trustee) | : | |
| Respondent | : | |

## ORDER

**AND NOW** on this ___15th___ day of _____December_____, <u>2022</u>, it is hereby ORDERED, ADJUDGED AND DECREED that the Certification of Discharge Eligibility is hereby Withdrawn.

Dated: 12/15/22

BY THE COURT:

_____
Gregory W. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20883-GLT |
| Patrick Shearer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patrick Shearer, 2530 Grandview Avenue, Ambridge, PA 15003-1435 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Embrace Home Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James A. Prostko | on behalf of Creditor Lakeview Loan Servicing LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing LLC ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Dec 16, 2022      Form ID: pdf900      Total Noticed: 1

Paul W. McElrath, Jr.
     on behalf of Debtor Patrick Shearer ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

Thomas Song
     on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

TOTAL: 9