**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/20/22 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PATRICK SHEARER

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-20883

Chapter 13

Related to Dkt. No. 75

### ORDER OF COURT

AND NOW, this 20th day of December 2022, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_[signature]_
GREGORY L. TADDONIO    jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20883-GLT |
| Patrick Shearer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Shearer, 2530 Grandview Avenue, Ambridge, PA 15003-1435 |
| 14377387 | + | Embrace Home Loans, 5016 Parkway Plaza Blvd, SUite 200, Charlotte, NC 28217-1930 |
| 14377388 | + | Embrace Home Loans, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14377390 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15463456 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2022 23:48:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14377386 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2022 23:53:47 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15546549 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2022 23:48:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9096 |
| 14377389 | + | Email/Text: Eden@NewAllianceFCU.com | Dec 20 2022 23:49:00 | New Alliance Fcu, 835 Merchant St, Ambridge, PA 15003-2398 |
| 14379634 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2022 23:54:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664922 | ^ | MEBN | Dec 20 2022 23:45:12 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Embrace Home Loans, Inc. |
| cr | | Lakeview Loan Servicing, LLC |
| 14853077 | | LoanCare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14392405 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14392407 | *+ | Embrace Home Loans, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14392406 | *+ | Embrace Home Loans, 5016 Parkway Plaza Blvd, SUite 200, Charlotte, NC 28217-1930 |
| 14392408 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 10

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Embrace Home Loans  Inc. bnicholas@kmllawgroup.com

Daniel Philip Jones
on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

James A. Prostko
on behalf of Creditor Lakeview Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Lorraine Gazzara Doyle
on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Patrick Shearer ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 9