# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/11/23 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 17-20883-GLT |
|---|---|---|---|
|  | : | Chapter: | 13 |
| Patrick Shearer | : |  |  |
|  | : |  |  |
|  | : | Date: |  |
| *Debtor(s).* | : | Time: |  |

| In re: | : | Case No.: | 17-22755-GLT |
|---|---|---|---|
|  | : | Chapter: | 13 |
| Darlene Summers | : |  |  |
|  | : |  |  |
|  | : | Date: |  |
| *Debtor(s).* | : | Time: |  |

## PROCEEDING MEMO

***MATTER:***

Shearer
  #77 Order To Show Cause Why Debtors Certificate of Discharge Eligibility Should Not Be Stricken
    #90 - Response filed by the Debtor

Summers
  #108 Rule To Show Cause Why Debtor's Certificate of Discharge Eligibility Should Not Be Stricken
  #113 - Certification of Discharge Eligibility - Debtor not entitled to a discharge
    #117 - Response filed by Debtor

***APPEARANCES***:
  Debtor Shearer:    Paul W. McElrath
  Debtor Summer:    Russell Burdelski

***NOTES:***    [10:46]

Court: Unique situation, accepts explanation from Burdelski.

Court: Notes that McElrath appeared on zoom.

***OUTCOME:***

Shearer 17-20883
1) For the reasons stated on the record, the *Order to Show Cause Why Debtor Certificate of Discharge Eligibility Should Not Be Stricken* [Dkt. No. 77] is VACATED. [Text order].

Summers 17-22755
1) For the reasons stated on the record, the *Order to Show Cause Why Debtor's Certificate of Discharge Eligibility Should Not Be Stricken* [Dkt. No. 108] is VACATED. [Text order].

***DATED:***